# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2019

## NO. 03-19-00400-CV

**The City of Austin d/b/a Austin Energy, Appellant**

**v.**

**Maria Del Rosario Membreno Lopez as Next Friend of
Jaime Antonio Membreno Lopez, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, SMITH, AND SHANNON
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SHANNON

This is an appeal from the order signed by the trial court on June 11, 2019. The City of Austin d/b/a Austin Energy has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.